**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 248 WAL 2018

        Respondent         :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

        v.                  :

DAVID MEADIUS,         :

        Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.